IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED

NGA NGUYEN,

    Plaintiff,

v.

CHRISTOPHER M. SPANN a/k/a
CHRIS SPANN and SPANN FARMS, LLC,

    Defendants.

2022 MAR 21  A 10: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No.:

3:22-cv-139

---

## COMPLAINT

Plaintiff, NGA NGUYEN, by undersigned counsel, sues Defendants, CHRISTOPHER M. SPANN a/k/a CHRIS SPANN and SPANN FARMS, LLC, and alleges:

1.    Plaintiff, Nga Nguyen ("Nguyen"), is an individual adult resident of the State of Georgia.

2.    Defendant, Christopher Spann a/k/a Chris Spann ("Spann"), is an individual adult resident of the State of Alabama.

3.    Defendant, Spann Farms, LLC ("Spann Farms"), is a Limited Liability Company formed in Tallapoosa County, Alabama by Spann.

4.    Spann Farms owns that certain property located at 20142 Goldville Road, Daviston, AL 36526.

5.    On December 1, 2021, Nguyen and Spann, for Spann Farms, entered into that certain Purchase and Sales Agreement and Addendum to Purchase Agreement (Poultry Addendum) (together the "Agreement") for Nguyen as Buyer to purchase the real estate, improvements, appurtenances, and certain additional items of equipment and inventory located at

1

20142 Goldville Road, Daviston, AL 36526 (the "Property"). A true and correct copy of the Agreement is attached hereto as Exhibit A.

6.      Nguyen fully performed all obligations under the Agreement, including tendering an escrow deposit and diligently moving forward with obtaining financing.

7.      In January of 2021, Nguyen's lender engaged an appraiser to appraise the Property on its behalf. However, Spann and his wife refused to allow the appraiser to visit the Property.

8.      Thereafter, Spann repeatedly repudiated the Agreement, without justification, both orally and in writing, saying among other things "I am not selling my farm" in breach of the Agreement.

9.      This Court has diversity jurisdiction under 28 U.S. Code §1332(a)(1). Venue is proper in this judicial district under 28 U.S. Code §1391(b)(2) because the Property that is the basis of the contractual dispute between the parties is located in this judicial district.


## COUNT ONE – BREACH OF CONTRACT

10.     Nguyen restates paragraphs 1-9 as if fully set forth herein.

11.     The Agreement was a binding agreement between Nguyen and Spann, properly executed by both parties.

12.     Nguyen fully performed under the Agreement.

13.     Spann breached the Agreement by refusing to permit an appraiser to visit the Property, and by repudiating the Agreement both before and after the original closing date set in the Agreement.

14.     Nguyen has been damaged by Spann's breach.

WHEREFORE, premises considered, Nga Nguyen requests that this Court order specific performance under the Agreement and grant all other different or additional relief that may be proper under the circumstances.

Respectfully submitted,

J. PARKER YATES
AL Bar No.: YAT010
**YATES ANDERSON**
4851 Wharf Parkway, Suite D-230
Orange Beach, AL 36561
parker@yatesanderson.com

KRISTOPHER O. ANDERSON
AL Bar No.: AND112
**YATES ANDERSON**
4851 Wharf Parkway, Suite D-230
Orange Beach, AL 36561
Phone: (251) 500-4853
kris@yatesanderson.com

*Counsel for Plaintiff*

3